UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ESTEBAN SANCHEZ,<br><br>                                   Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>                                   Respondent. | Case No.: 21-cv-1072-MMA (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Rolando Esteban Sanchez ("Petitioner") is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1. Petitioner has failed to pay the $5.00 filing fee or submit a request to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. To have this case reopened, Petitioner must submit, **no later than August 16, 2021,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court will include a blank Southern District of California In Forma Pauperis application to Petitioner along with a copy of this Order.

 **IT IS SO ORDERED.**
Dated: June 16, 2021

Hon. Michael M. Anello
United States District Judge