UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ESTEBAN SANCHEZ,<br><br>                                Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>                                Respondent. | Case No.:  21-cv-1072 MMA (MDD)<br><br>**ORDER DENYING AS MOOT PETITIONER'S (1) MOTION FOR EXTENSION OF TIME TO FILE A CERTIFICATE OF APPEALABILITY; (2) MOTION FOR CERTIFICATE OF APPEALABILITY; AND (3) MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. Nos. 22, 25, 26] |

      On June 1, 2021, Rolando Esteban Sanchez ("Petitioner"), a state prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2254.  *See* Doc. No. 1.  On November 30, 2021, the Court granted Respondent Raymond Madden's motion to dismiss the Petition and denied a Certificate of Appealability.  *See* Doc. No. 20.  On December 23, 2021, Petitioner filed a notice of appeal.  *See* Doc. No. 23.

      Petitioner subsequently filed a motion for extension of time to file "a certificate of appealability, petition for rehearing and objections"; a motion for certificate of appealability; and a motion to proceed in forma pauperis in connection with his appeal,

which are presently pending before this Court.  *See* Doc. Nos. 22, 25, and 26.  The Court is advised that two similar motions—a motion for certificate of appealability and a motion to proceed in forma pauperis—have been separately filed and are also pending before the Ninth Circuit Court of Appeals.  *See Sanchez v. Moore*, No. 21-56384 (9th Cir. filed Dec. 28, 2021).  The Court therefore finds that Petitioner's three instant motions are more appropriately addressed to the Ninth Circuit pursuant to Federal Rule of Appellate Procedure 22.  *See* Fed. R. App. P. 22(b)(2) ("A request [for a certificate of appealability] addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes.  If no express request for a certificate is filed, the notice of appeal constitutes a request [for a certificate of appealability] addressed to the judges of the court of appeals.").  Accordingly, the Court **DENIES AS MOOT** Petitioner's Motion for Extension of Time of 45 Days to File a Certificate of Appealability, Petition for Rehearing and Objections; Motion for Certificate of Appealability; and Motion to Proceed in Forma Pauperis.

**IT IS SO ORDERED**.

Dated:  May 27, 2022

HON. MICHAEL M. ANELLO
United States District Judge